AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Sal Astolfi, requested by M. Crawley)                    19-127

# UNITED STATES DISTRICT COURT
для the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Elwood Thompson | ) | Case No. 19- 1907M |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____11/12/2019____ in the county of ____Philadelphia____ in the ____Eastern____ District of ____Pennsylvania____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

On the afternoon of November 12, 2019, the defendant entered the PNC Bank branch located at 400 Market Street in Philadelphia, gave a note to a female teller, and demanded $1 bills. He took back his note, took the money and fled the bank.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Adam Cook
*Printed name and title*

Sworn to before me and signed in my presence.

Date: *November 13, 2019*

City and state: *Philadelphia PA*

_____
*Judge's signature*

Lynne A. Sitarski
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam Cook, being duly sworn, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Philadelphia Division. I have been an FBI Special Agent since December 2017. I am currently assigned to the Violent Crimes Task Force ("VCTF"), which investigates violations of Federal law, including bank robberies, robberies of businesses affecting interstate commerce (also known as Hobbs Act robberies), kidnappings, and fugitives. From July 2014 until July 2017, I served as a Police Officer in the District of Columbia, employed by the FBI.

2. I submit this affidavit in support of a criminal complaint charging ELWOOD THOMPSON with violating Title 18, United States Code, Section 2113(a) (bank robbery).

## ROBBERY OF PNC BANK

3. On the afternoon of November 12, 2019, at approximately 3:18 p.m., a lone black male ("the suspect"), entered the PNC Bank branch located at 400 Market Street, Philadelphia, PA and robbed the bank, using a demand note. The suspect displayed the demand note to the victim teller, M.D., written on a yellow piece of lined paper, saying words to the effect of: *This is a robbery. This is not a game. $1 bills only. No Bills with serial numbers.* In addition, the suspect told M.D. to hurry up and started to count down, three, two, one. In response, and in fear of her safety, M.D. took $1 bills from the teller station cash drawer and provided that money to the suspect. The suspect took back his note along with the money and fled the bank towards Market Street. PNC Bank reported a loss of approximately $745.24.

4. After the robbery, Philadelphia Police Department Officers ("PPD officers") and members of the Philadelphia VCTF responded to the crime scene for processing. While on scene,

they interviewed the victim teller and a witness, and obtained surveillance video footage from the bank.

5.  In interviews, the victim teller described the suspect as a white male, shorter in height, approximately 5'2," with a skinny build, approximately 50 to 60 years of age, and clean shaven. Additionally, the suspect was described as wearing a green jacket, with the hood of his jacket over his head.

6.  After the robbery, a brief description of the bank robber as a short white male wearing a green jacket was put out over PPD radio. Shortly after the robbery, PPD officers stationed at 8th and Market Street observed a male matching the description of the bank robber walking down the stairs of the subway station. The officers also saw that this male was carrying a plastic bag that appeared to contain money. The officers detained the male.

7.  The victim teller, M.D., was transported to the area of 8th and Market Street by officers; M.D. was asked whether the man stopped was the same man who had robbed the bank. M.D. positively identified him as the bank robber. Specifically, M.D. identified this male as the bank robber based on the green jacket that he was wearing and the appearance of the bottom of his face, which was the only part of his face that M.D. was able to see during the bank robbery.

8.  The individual stopped was identified as ELWOOD THOMPSON, date of birth 10/21/1947, Social Security Number 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. Approximately $445 in $1 bills was recovered in THOMPSON's possession at the time of his arrest. Your affiant has reviewed ELWOOD THOMPSON's criminal history, which categorizes him as a black male. Your affiant has observed THOMPSON and he has light skin.

9.  The deposits of the PNC Bank are insured by the Federal Deposit Insurance Corporation (FDIC), and were insured by the FDIC at the time of the robbery described above.

10. Based on the above, there is probable cause to believe that on November 12, 2019, ELWOOD THOMPSON committed a violation of Title 18, United States Code, Section 2113(a).

ADAM COOK
Special Agent
Federal Bureau of Investigation

Sworn to before me
this 13th day of November, 2019

LYNNE A. SITARSKI
*United States Magistrate Judge*